No. 02–10347. BOWEN, AKA TUMA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10360. OVEAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10380. HAYNES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–10388. DYSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 02–10390. LESTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10396. GUERRERO-CABRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10398. FULBRIGHT v. DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 02–10405. TREJO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10413. QUIROS-ACOSTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10414. SANCHEZ-LLAMAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10423. LAI v. CHANDLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–10429. CASTLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10430. CHANCEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10432. ESKRIDGE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10435. KING, AKA KLAUS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10438. MILLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.